UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**IN RE: Curtis D Adams**  CASE NO: 15-41813-mgd
**Bobbi Jean Adams**  JUDGE Diehl
**Debtors**

## MOTION TO INCUR NEW DEBT TO MODIFY MORTGAGE LOAN

Movant shows as follows:

1. Debtors filed this case August 3, 2015 which was confirmed May 2, 2016 with dividend to unsecured creditors of 100%..

2. Debtors wish to incur new debt to modify their mortgage on the property located at 112 Millstone Lane, Calhoun, GA 30701.

3. A loan modification agreement has been executed by Rushmore Loan Management Services LLC, 7600227551; current payment $806.67, new payment $696.68, current interest rate 8.125%, new interest rate 4.0%, current principal balance $68,350.69, new balance $87,317.91.

Wherefore, Debtors pray that the Court look favorably on this Motion and that it enter an Order approving the attached modification.

May 12, 2016

___/s_____
W. JEREMY SALTER
ATTORNEY FOR DEBTOR
STATE BAR NO.: 303979
P.O. BOX 1654
ROME, GA 30162-1654
(706)295-1300

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**IN RE: Curtis D Adams**              **CASE NO: 15-41813-mgd**
**Bobbi Jean Adams**                   **JUDGE Diehl**
**Debtors**

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Movant has filed a **MOTION TO INCUR NEW DEBT TO MODIFY MORTGAGE** and related papers with the Court.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **MOTION TO INCUR NEW DEBT TO MODIFY MORTGAGE** in Courtroom 342, United States Courthouse, 600 East First Street, Rome, Georgia, at 10:00 AM on **August 31, 2016.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 339, 600 East First Street, Rome, Georgia 30161-3187. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: July 18, 2016

__/s/_____
W. JEREMY SALTER
ATTORNEY FOR DEBTORS
STATE BAR NO.: 303979
P.O. BOX 1654
ROME, GA 30162-1654
(706)295-1300

CERTIFICATE OF SERVICE

      This is to certify that I have this day served a copy of the foregoing Notice of Hearing and Motion To Incur New Debt  by first class U.S. Mail in a properly stamped and addressed envelope.

Chapter 13 Trustee
Suite 2200
191 Peachtree Street
Atlanta, GA 30303-1901

Curtis & Bobbi  Adams
112 Millstone Lane, SE
Calhoun, GA 30701

Rushmore Loan Management Svcs
15480 Laguna Canyon Rd
Irving, CA 92618

all entities on attached list

July 18, 2016


\_\_/s_____
W. JEREMY SALTER

1st Franklin of Calhoun
P.O. Box 421
Calhoun, GA  30701

AT&T
PO Box 537104
Atlanta, GA 30353

Chase Mortgage
P.O. Box 24696
Columbus, OH  43224

Exeter Finance Corp
P.O. Box 166008
Irving, TX  75016

Georgia Department of Revenue
PO Box 161108
Atlanta, GA  30132

InstaLoan of Calhoun
East, 262 GA-53
Calhoun, GA 30701

InstaLoan of Calhoun
East, 262 GA-53
Calhoun, GA 30701

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

McCalla Raymer
1544 Old Alabama Rd.
Roswell, GA  30076

Verizon Wireless
P.O. Box 660108
Dallas,  TX 75266-0001

Western Finance
142 W Belmont Dr
Calhoun,GA 30701

MTGLQ Investors, LP
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708